JS 45 (1/96)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

## CRIMINAL CASE COVER SHEET

**Division of Filing**
☒ Western ☐ St. Joseph
☐ Central ☐ Southern
☐ Southwestern

**Place of Offense**
_____
County _____

**Matter to be Sealed**
☐ Secret Indictment
☐ Juvenile

**Defendant Information**
Defendant Name    MARK P. BILLEY
Alias Name
Birthdate         06/15/1973

**Related Case Information**
Superseding Indictment/Information ☐Yes ☒No
if yes, original case number _____

New Defendant                      ☒Yes ☐No
Prior Complaint Case Number, if any _____

**U.S. Attorney Information**
AUSA  Linda Parker Marshall

**Interpreter Needed**
☐ Yes    Language and/or dialect _____
☐ No

**Location Status**
Arrest Date _____
☒ Currently in Federal Custody
☐ Currently in State Custody    Writ Required ☒ Yes ☐ No
☐ Currently on bond

**U.S.C. Citations**
Total # of Counts     7

| Set | Index Key/Code/Offense Level | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 1 | 18:371.F/4992/4 | Conspiracy to Defraud the United States | 1 |
| 2 | 18:1343.F/4700/4 | Fraud by Wire | 12-15 & 33-34 |
| 3 | | | |

**Date**   11/18/10          **Signature of AUSA** /s/ Linda Parker Marshall